AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
07-04-25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___dgo___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
07-04-25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___dgo___ DEPUTY

United States of America

v.

GABRIEL RODRIGUEZ,

Defendant

Case No. 8:25-mj-00541-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 3, 2025, in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(b) | Assault on a federal officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Joseph Garcia
*Complainant's signature*

Joseph Garcia, Special Agent (HSI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 4, 2025

/s/ Douglas F. McCormick
*Judge's signature*

City and state: Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Kevin Fu

**AFFIDAVIT**

I, Joseph Garcia, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1. I am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since September 2018. I am currently assigned to the Orange County, California, field office.

2. My responsibilities as an HSI Special Agent include the investigation of criminal violations, such as violations related to assault on federal officers. I have also received training on and conducted and/or assisted in investigations involving the violation of laws pertaining to drug trafficking, bulk cash smuggling, money laundering, gangs, and human trafficking. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my career as an HSI Special Agent, I was employed by the United States Border Patrol ("USBP") starting in October 2008, first as a Border Patrol Agent and later as a supervisor.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of an arrest warrant for Gabriel Rodriguez ("RODRIGUEZ") as well as a criminal complaint charging RODRIGUEZ with assault on a federal officer inflicting bodily injury, in violation of 18 U.S.C. § 111(b).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and any dates and times are on or about those dates and times.

### III. STATEMENT OF PROBABLE CAUSE

5. Unless otherwise noted, the following facts are based on my interviews with USBP agents who were at the scene of the events in question.

6. At approximately 11:30 a.m. on Thursday, July 3, 2025, USBP agents were conducting an operation to detain those suspected of immigration violations at the Anaheim Car Wash, located at 400 North State College Boulevard in Anaheim, California. USBP took, among others, an individual into custody. The detainee was placed in the back passenger seat of an unmarked vehicle. My review of videos circulated on social media indicate that the USBP agents were wearing full uniform and were clearly identifiable as law enforcement.

7. A crowd had formed to protest the agents' actions. The USBP agents attempted to drive the detainee away from the crowd, but, as they did so, a person swung a large piece of wood

at the truck.  The wood shattered the windshield of the car, as depicted in the image below:



      8.    At the time, there were two USBP agents in the car with the detainee, with one agent driving and one agent in the passenger seat.  The USBP agent driving the car indicated that he felt pieces of glass making contact with the glasses that he was wearing.  The USBP agent sitting in the passenger seat sustained a minor cut to his hand.  The detainee, who was in the back passenger seat, complained that a piece of glass had become lodged in his eye and was taken to the hospital.

9. After the piece of wood was thrown at their car, the USBP agent who was driving the car promptly braked and requested that his partner detain the person who had thrown the object. The other USBP agent exited the car, chased the subject, and detained the subject. The subject was arrested with the assistance of backup.

10. I found video clips on social media of parts of the incident that were captured by bystanders. Below are snips of two video clips. In the image on the left, the bystander captures the USBP agent chasing the subject (the text in the image is in the original social media video). The image on the right depicts the arrest of the subject.



11. The individual who was filming the social media video in the image on the left (above) can be heard saying in the video something to the effect of, "he threw a brick at that fool's fucking car."

12. As he was being arrested, the subject stated that he had a knife on his person. Law enforcement located the knife, which is depicted below:



13. The subject provided his identification information to USBP agents after he was arrested and had identification on his person, and law enforcement was able to identify the subject as RODRIGUEZ.

## IV. CONCLUSION

14. For all the reasons described above, there is probable cause to believe that RODRIGUEZ has committed assault on a

//
//
//
//
//

federal officer inflicting bodily injury, in violation of 18 U.S.C. § 111(b).

/s/ Joseph Garcia
Joseph Garcia
Special Agent, Homeland Security Investigations

Subscribed to and sworn before me this 4th day of July 2025.

/s/ Douglas F. McCormick

HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE