**FILED**
CLERK, U.S. DISTRICT COURT

8/5/2025

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ____E.C.____ **DEPUTY**

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | No. **8:25-cr-00146-JWH** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1361: Depredation Against Government Property] |
| GABRIEL RODRIGUEZ, | |
| Defendant. | [CLASS A MISDEMEANOR] |

16     The Acting United States Attorney charges:

17                    [18 U.S.C. § 1361]

18     On or about July 3, 2025, in Orange County, within the

19 Central District of California, defendant GABRIEL RODRIGUEZ

20 willfully injured and committed a depredation against property

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

Case 8:25-cr-00146-KES    Document 12    Filed 08/05/25    Page 2 of 2    Page ID #:35


1  of the United States, namely a white, 2012 Chevrolet Silverado

2  used by the United States Immigration and Customs Enforcement.

3

4                                    BILAL A. ESSAYLI
                                     Acting United States Attorney
5

6                                    *Christina Shay*
                                     CHRISTINA T. SHAY
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8
                                     GREGORY S. SCALLY
9                                    Assistant United States Attorney
                                     Acting Chief, Orange County
10                                   Office

11                                   MELISSA S. RABBANI
                                     Assistant United States Attorney
12                                   Deputy Chief, Orange County
                                     Office
13
                                     KEVIN Y. FU
14                                   Assistant United States Attorney
                                     Orange County Office
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2